UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 16-03508 |
| | ) | |
| THOMAS SCARIAKUTTY, | ) | Hon. Janet S. Baer |
| | ) | |
| Debtor. | ) | |

## Certificate Of Service

I, Steven R. Radtke, hereby certify that on **July 11, 2017**, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on the persons on the attached service list via First Class mail, postage prepaid, as indicated on the service list.

/s/  Steven R. Radtke
STEVEN R. RADTKE, TRUSTEE
Attorney ID No. 0312-4816
79 WEST MONROE STREET
SUITE 1305
CHICAGO IL 60603
(312) 346-1935

ScariakuttyNFRCrtSrv

# SERVICE LIST
# THOMAS SCARIAKUTTY, DEBTOR
# CASE NO. 16-03508

Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604

Thomas Scariakutty
3214 Brandess Drive
Glenview, IL 60026-1178

Discover Bank
Discover Products Inc.
PO Box 3025
New Albany, OH 43054-3025

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Ciena Capital Funding LLC
5 Independence Point, Suite 140
Greenville, SC 29615

American Express Bank FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Department Store National Bank
Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk, VA 23541-1067

Portfolio Recovery Associates LLC
Successor to Synchrony Bank
(ABT Electronics)
PO Box 41067
Norfolk, VA 23541-1067

NPRTO South-East, LLC
256 West Data Drive
Draper, UT 84020-2315

ScariakuttyTFRSrvList

1