# UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| Thomas Scariakutty | § | Case No. 16-03508 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 705,287.00
(*Without deducting any secured claims*)

Assets Exempt: 0.00

Total Distributions to Claimants:  28,032.14

Claims Discharged
Without Payment:  5,720,737.75

Total Expenses of Administration:  13,663.19

---

3) Total gross receipts of $ 41,695.33  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 41,695.33  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,240,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 13,663.19 | 13,663.19 | 13,663.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 3,944,626.00 | 1,171,602.96 | 591,018.89 | 28,032.14 |
| **TOTAL DISBURSEMENTS** | $ 5,184,626.00 | $ 1,185,266.15 | $ 604,682.08 | $ 41,695.33 |

4)  This case was originally filed under chapter 7 on  02/05/2016 .  The case was pending for 20 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/12/2017                    By:/s/STEVEN R. RADTKE
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2015 Federal and State tax refnds | 1224-000 | 4,572.00 |
| 16.67% Interest Sixers Corporation-4701 Locust Ave., Glenvie | 1229-000 | 33,333.33 |
| One-half of proceeds of sale of property title in non-debtor | 1229-000 | 3,790.00 |
| TOTAL GROSS RECEIPTS | | $41,695.33 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ALL AMERICAN | | 176,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | All American Bank, c/o International Bank of Chicago 5069 N Broadway Chicago, IL 60640 | | 176,000.00 | NA | NA | 0.00 |
| | BMO HARRIS, P.O.BOX 6021 Carol Stream, IL 60197 | | 207,000.00 | NA | NA | 0.00 |
| | BMO HARRIS, P.O.BOX 6021 Carol Stream, IL 60197 | | 145,000.00 | NA | NA | 0.00 |
| | CENLAR CENTRAL LOAN ADMINISTRATION, PO BOX 11733 Newark, NJ 07101-4733 | | 268,000.00 | NA | NA | 0.00 |
| | CENLAR CENTRAL LOAN ADMINISTRATION, PO BOX 11733 Newark, NJ 07101-4733 | | 268,000.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 1,240,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 4,919.53 | 4,919.53 | 4,919.53 |
| STEVEN R. RADTKE | 2200-000 | NA | 25.24 | 25.24 | 25.24 |
| Associated Bank | 2600-000 | NA | 188.42 | 188.42 | 188.42 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Department of Revenue | 2820-000 | NA | 332.00 | 332.00 | 332.00 |
| DiMonte & Lizak, LLC | 3210-000 | NA | 7,000.00 | 7,000.00 | 7,000.00 |
| DiMonte & Lizak, LLC | 3220-000 | NA | 25.00 | 25.00 | 25.00 |
| Popowcer Katten Ltd. | 3410-000 | NA | 1,173.00 | 1,173.00 | 1,173.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 13,663.19 | $ 13,663.19 | $ 13,663.19 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Dsnb, Correspondence Po Box 981540 ElPaso, TX 79998 | | 484.00 | NA | NA | 0.00 |
| | Amex Dsnb, Correspondence Po Box 981540 ElPaso, TX 79998 | | 484.00 | NA | NA | 0.00 |
| | Bank Of America, Nc4-105-03-14 Po Box 26012 Greensboro, NC 27410 | | 12,130.00 | NA | NA | 0.00 |
| | Bank Of America, Nc4-105-03-14 Po Box 26012 Greensboro, NC 27410 | | 12,130.00 | NA | NA | 0.00 |
| | BANK OF AMERICA, P.O.BOX 982235 El Paso, TX 79998 | | 12,200.00 | NA | NA | 0.00 |
| | BANK OF AMERICA, P.O.BOX 982235 El Paso, TX 79998 | | 12,200.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BANK OF NEW YORK MELLON, C/O MARK A SCHRAMM ONE EST WACKER DRIVE, SUITE 2850 Chicago, IL 60601 | | 1,000,000.00 | NA | NA | 0.00 |
| | BANK OF NEW YORK MELLON, C/O MARK A SCHRAMM ONE EST WACKER DRIVE, SUITE 2850 Chicago, IL 60601 | | 1,000,000.00 | NA | NA | 0.00 |
| | BMO HARIS, P.O.BOX 84048 Columbus, GA 31908 | | 12,000.00 | NA | NA | 0.00 |
| | BMO HARIS, P.O.BOX 84048 Columbus, GA 31908 | | 12,000.00 | NA | NA | 0.00 |
| | Capital One, Attn: Bankruptcy Po Box 30285 Salt Lake City, UT 84130 | | 9,605.00 | NA | NA | 0.00 |
| | CAPITAL ONE, P.O.BOX 6492 Carol Stream, IL 60197 | | 10,000.00 | NA | NA | 0.00 |
| | CAPITAL ONE, P.O.BOX 6492 Carol Stream, IL 60197 | | 10,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cenlar Loan Admin & Reporting (Cenlar), 425 Phillips Blvd Ewing, NJ 08628 | | 262,077.00 | NA | NA | 0.00 |
| | Cenlar Loan Admin & Reporting (Cenlar), 425 Phillips Blvd Ewing, NJ 08628 | | 262,077.00 | NA | NA | 0.00 |
| | Chase, Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 | | 3,496.00 | NA | NA | 0.00 |
| | Chase, Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 | | 3,496.00 | NA | NA | 0.00 |
| | CHASE, P.O.BOX 15123 Wilmington, DE 19850 | | 3,400.00 | NA | NA | 0.00 |
| | CHASE, P.O.BOX 15123 Wilmington, DE 19850 | | 3,400.00 | NA | NA | 0.00 |
| | Discover Financial, Attn: Bankruptcy Po Box 3025 New Albany, OH 43054 | | 13,834.00 | NA | NA | 0.00 |
| | Discover Financial, Attn: Bankruptcy Po Box 3025 New Albany, OH 43054 | | 131.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover Financial, Attn: Bankruptcy Po Box 3025 New Albany, OH 43054 | | 131.00 | NA | NA | 0.00 |
| | DISCOVER, P.O. BOX 6103 Carol Stream, IL 60197 | | 14,200.00 | NA | NA | 0.00 |
| | DISCOVER, P.O. BOX 6103 Carol Stream, IL 60197 | | 14,200.00 | NA | NA | 0.00 |
| | Harris N.a., Bmo Harris Bank - Bankruptcy Dept.-Brk-1 770 N Water Street Milwaukee, WI 53202 | | 203,254.00 | NA | NA | 0.00 |
| | Harris N.a., Bmo Harris Bank - Bankruptcy Dept.-Brk-1 770 N Water Street Milwaukee, WI 53202 | | 203,254.00 | NA | NA | 0.00 |
| | M&i Bank, Attn: Bankruptcy 770 N Water St. Milwaukee, WI 53202 | | 12,066.00 | NA | NA | 0.00 |
| | M&i Bank, Attn: Bankruptcy 770 N Water St. Milwaukee, WI 53202 | | 12,066.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MACY AMERICAN EXPRESS ACCOUNT, P.O. BOX 9001108 Louisville, KY 40290 | | 500.00 | NA | NA | 0.00 |
| | SBA, C/O KATE R O'LAUGHLIN, US ATTOR 500 W MADISON, SUITE 1150 Chicago, IL 60661 | | 400,000.00 | NA | NA | 0.00 |
| | SBA, C/O KATE R O'LAUGHLIN, US ATTOR 500 W MADISON, SUITE 1150 Chicago, IL 60661 | | 400,000.00 | NA | NA | 0.00 |
| | SYNCHRONY BANK, P.O. BX 960061 Orlando 32896 | | 1,500.00 | NA | NA | 0.00 |
| | Synchrony Bank/AVB Buying Group, Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 1,436.00 | NA | NA | 0.00 |
| 5 | American Express Bank Fsb | 7100-000 | NA | 695.82 | 695.82 | 33.09 |
| 3 | Capital One Bank (Usa), N.A. | 7100-000 | 9,605.00 | 9,605.45 | 9,605.45 | 456.84 |
| 10 | Ciena Capital Funding, LLC | 7100-000 | NA | 562,883.89 | 562,883.89 | 26,770.82 |
| 4 | Ciena Capital Funding, LLC | 7100-000 | NA | 579,167.84 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Department Store National Bank | 7100-000 | 500.00 | 521.95 | 521.95 | 24.82 |
| 1 | Discover Bank | 7100-000 | NA | 447.67 | 447.67 | 21.29 |
| 2 | Discover Bank | 7100-000 | 13,834.00 | 13,833.38 | 13,833.38 | 657.92 |
| 7 | Portfolio Recovery Associates, Llc | 7100-000 | 1,500.00 | 1,416.23 | 0.00 | 0.00 |
| 8 | Portfolio Recovery Associates, Llc | 7100-000 | 1,436.00 | 1,416.23 | 1,416.23 | 67.36 |
| 9 | Nprto South-East, Llc | 7200-000 | NA | 1,614.50 | 1,614.50 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 3,944,626.00 | $ 1,171,602.96 | $ 591,018.89 | $ 28,032.14 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-03508 | JSB | Judge: | Janet S. Baer | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Thomas Scariakutty | | | | Date Filed (f) or Converted (c): | 02/05/2016 (f) |
| | | | | | 341(a) Meeting Date: | 03/07/2016 |
| For Period Ending: | 09/12/2017 | | | | Claims Bar Date: | 08/10/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  3214 Brandess<br>     Glenview Il 60026-0000 Cook | 475,000.00 | 475,000.00 | | 0.00 | FA |
| 2.  2003 Toyota Sequoia Mileage: 108000 Jointly Owned With<br>     Wife | 3,100.00 | 3,100.00 | | 0.00 | FA |
| 3.  2005 Toyota Sienna Mileage: 115000 Debtor And His Son<br>     Drive | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 4.  Household Furniture | 500.00 | 0.00 | | 0.00 | FA |
| 5.  General Clothes | 250.00 | 0.00 | | 0.00 | FA |
| 6.  Harris Bank | 387.00 | 0.00 | | 0.00 | FA |
| 7.  Healthcare Associates Credit Union | 1,050.00 | 0.00 | | 0.00 | FA |
| 8.  State Bank Of Travancore | 500.00 | 0.00 | | 0.00 | FA |
| 9.  16.667 % Interest In Sixers Corporation-1443 Church Street, | 32,000.00 | 0.00 | | 0.00 | FA |
| 10.  Voya Financial | 190,000.00 | 0.00 | | 0.00 | FA |
| 11.  16.67% Interest Sixers Corporation-4701 Locust Ave., Glenvie<br>     (u) | 32,000.00 | 32,000.00 | | 33,333.33 | FA |
| 12.  2015 Federal and State tax refnds (u) | 4,572.00 | 4,572.00 | | 4,572.00 | FA |
| 13.  One-half of proceeds of sale of property title in non-debtor (u) | 3,790.00 | 3,790.00 | | 3,790.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $745,649.00          $520,962.00          $41,695.33          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

6/2017 Resolved claim issues on 6/5/17 without need for litigation; finalized TFR; awaiting approval from UST (Hearing on TFR set for 8/15/17)

3/2017  Trustee collected one half of proceeds of sale of property; begin work on fee petition and TFR

11/2016 Trustee collected unscheduled 2015 Federal and State tax refunds

9/2016 Trustee given leave per order of Court to sell Estate's right, title and interest in the Sixers Stock; payment to be received 9/13/16

6/2016 Trustee given leave to vote estate's share of stock of Sixers Corp. to liquidate assets of corporation

5/2016  Trustee employed special counsel to assist him in liquidating the estate's 1/6th shareholder interest in the stock of Sixers Corp. which corporation owns title to investment real estate located in Northbrook, Illinois and Glenview, Illinois


Initial Projected Date of Final Report (TFR): 06/30/2018        Current Projected Date of Final Report (TFR): 09/30/2017

Page: 1

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-03508 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Thomas Scariakutty | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6263 |
| | Checking |
| Taxpayer ID No: XX-XXX0896 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/12/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/13/16 | 11 | Jody B. Rosenbaum Attorney at Law Client Escrow Account 722A W Junior Terrace Chciago, IL 60613 | Proceeds of Sale of estate's interest in  shares of stock (Corporation held legal title to 1443 Church Street, Northbrook, IL and 4701 Locust Avenue, Glenview, IL) | 1229-000 | $33,333.33 | | $33,333.33 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $28.77 | $33,304.56 |
| 11/03/16 | 12 | Beena Thomas 3214 Brandess Dr. Glenview, IL 60026 | Unscheduled Tax Refunds | 1224-000 | $4,572.00 | | $37,876.56 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $49.51 | $37,827.05 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $53.98 | $37,773.07 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $56.16 | $37,716.91 |
| 03/07/17 | 13 | Been Thomas | One-half of proceeds of sale of property | 1229-000 | $3,790.00 | | $41,506.91 |
| 04/27/17 | 1001 | Illinois Department of Revenue P.O. Box 19053 Springfield, IL 62794-9053 | EIN: 81-6760896; 2016 IL-1041 -V | 2820-000 | | $332.00 | $41,174.91 |
| 08/24/17 | 1002 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 , | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $4,919.53 | $36,255.38 |

| | | | Page Subtotals: | | $41,695.33 | $5,439.95 | |

Case 16-03508   Doc 55   Filed 09/28/17   Entered 09/28/17 14:15:19   Desc Main

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document   Page 15 of 17

Exhibit 9

| Case No: | 16-03508 | | | | Trustee Name: | STEVEN R. RADTKE | |
|---|---|---|---|---|---|---|---|
| Case Name: | Thomas Scariakutty | | | | Bank Name: | Associated Bank | |
| | | | | | Account Number/CD#: | XXXXXX6263 | |
| | | | | | | Checking | |
| Taxpayer ID No: | XX-XXX0896 | | | | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 09/12/2017 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/24/17 | 1003 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>. | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $25.24 | $36,230.14 |
| 08/24/17 | 1004 | DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $7,000.00 | $29,230.14 |
| 08/24/17 | 1005 | DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $25.00 | $29,205.14 |
| 08/24/17 | 1006 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,173.00 | $28,032.14 |
| 08/24/17 | 1007 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 4.76 % per court order. | 7100-000 | | $21.29 | $28,010.85 |
| 08/24/17 | 1008 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 2 representing a payment of 4.76 % per court order. | 7100-000 | | $657.92 | $27,352.93 |
| 08/24/17 | 1009 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 3 representing a payment of 4.76 % per court order. | 7100-000 | | $456.84 | $26,896.09 |
| 08/24/17 | 1010 | American Express Bank Fsb<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Final distribution to claim 5 representing a payment of 4.76 % per court order. | 7100-000 | | $33.09 | $26,863.00 |
| 08/24/17 | 1011 | Department Store National Bank<br>C/O Quantum3 Group Llc<br>Po Box 657<br>Kirkland, Wa 98083-0657 | Final distribution to claim 6 representing a payment of 4.76 % per court order. | 7100-000 | | $24.82 | $26,838.18 |

| | | | Page Subtotals: | | $0.00 | $9,417.20 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 16-03508 | Trustee Name: STEVEN R. RADTKE | Exhibit 9 |
| Case Name: Thomas Scariakutty | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX6263 | |
| | Checking | |
| Taxpayer ID No: XX-XXX0896 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 09/12/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/24/17 | 1012 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Abt Electronics) Pob 41067 Norfolk, Va 23541 | Final distribution to claim 8 representing a payment of 4.76 % per court order. | 7100-000 | | $67.36 | $26,770.82 |
| 08/24/17 | 1013 | Ciena Capital Funding, LLC 5 Independence Pointe Suite 140 Greenville, SC 29615 | Final distribution to claim 10 representing a payment of 4.76 % per court order. | 7100-000 | | $26,770.82 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $41,695.33 | $41,695.33 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $41,695.33 | $41,695.33 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $41,695.33 | $41,695.33 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $26,838.18 |

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6263 - Checking | $41,695.33 | $41,695.33 | $0.00 |
| | $41,695.33 | $41,695.33 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $41,695.33 |
| Total Gross Receipts: | $41,695.33 |

Page Subtotals:                                    $0.00            $0.00